1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  EVAN M. MATEER (CABN 326848)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       FAX: (415) 436-7234
        Evan.Mateer@usdoj.gov
8
   Attorneys for United States of America
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                 OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,            ) CASE NO. 4:22-MJ-70061-MAG
                                          )
14 |     Plaintiff,                       ) STIPULATION AND ORDER (AS MODIFIED)
                                          ) TO CONTINUE ATTORNEY APPOINTMENT
15 |   v.                                 ) HEARING; DETENTION HEARING AND
                                          ) STATUS CONFERENCE RE: PRELIMINARY
16 | KEITH FOWLER,                        ) EXAMINATION AND EXCLUDE TIME
                                          ) UNDER THE SPEEDY TRIAL ACT AND RULE
17 |     Defendant.                       ) 5.1
                                          )
18

19      The parties to the above-captioned matter hereby stipulate and respectfully request that the

20 Detention Hearing and Status Hearing regarding Arraignment or Preliminary Examination currently

21 scheduled for March 24, 2022 at 10:00 am be continued to April 7, 2022, at 10:00 a.m.  The parties

22 request this continuance for defense counsel to continue to review discovery and to conduct their

23 investigation and for the parties to continue with ongoing plea negotiations.

24      The parties agree and jointly request that the time between March 24 and April 7 should be

25 excluded in order to provide reasonable time necessary for the continuity and effective preparation of

26 counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Federal Rule of Criminal Procedure Rule 5.1(d).

27 The parties agree that the ends of justice are served by granting the continuance and outweigh the best

28 STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE ATTORNEY APPOINTMENT HEARING;
   DETENTION HEARING AND STATUS HEARING RE: PRELIMINARY EXAMINATION OR ARRAIGNMENT AND
   EXCLUDE TIME
   4:22-MJ-70061-MAG                             1

interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**                                STEPHANIE M. HINDS
                                                        United States Attorney

Dated: March 23, 2022                                   /s/
                                                        EVAN M. MATEER
                                                        Special Assistant United States Attorney

Dated: March 23, 2022                                   /s/
                                                        JOHN REICHMUTH
                                                        Counsel for Defendant KEITH FOWLER

**ORDER (AS MODIFIED)**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Attorney Appointment Hearing; Detention Hearing and Status Conference regarding Arraignment and Preliminary Examination in the above-captioned matter is continued to April 7, 2022 at 10:00 am The Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), an exclusion of time is warranted. Based on these findings, IT IS HEREBY ORDERED THAT the Attorney Appointment Hearing; Detention Hearing and Status Conference regarding Arraignment and Preliminary Examination is continued until April 7, 2022, at 10:00 a.m., and time is excluded between March 24, 2022 and April 7 2022.

**IT IS SO ORDERED AS MODIFIED.**

Dated: 3/23/2022
                                                        _____
                                                        HON. DONNA M. RYU
                                                        United States Magistrate Judge

STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE ATTORNEY APPOINTMENT HEARING; DETENTION HEARING AND STATUS RE: PRELIMINARY EXAMINATION OR ARRAIGNMENT AND EXCLUDE TIME
4:22-MJ-70061-MAG                    2