1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  EVAN M. MATEER (CABN 326848)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       FAX: (415) 436-7234
        Evan.Mateer@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        )  CASE NO. 4:22-MJ-70061-MAG
                                      )
14 |     Plaintiff,                   )  **STIPULATION AND**
                                      )  **ORDER TO CONTINUE DETENTION**
15 |   v.                             )  **HEARING AND STATUS CONFERENCE RE:**
                                      )  **PRELIMINARY EXAMINATION AND**
16 | KEITH FOWLER,                    )  **EXCLUDE TIME UNDER THE SPEEDY TRIAL**
                                      )  **ACT AND RULE 5.1**
17 |     Defendant.                   )
                                      )
18

19     The parties to the above-captioned matter hereby stipulate and respectfully request that the

20  Detention Hearing and Status Hearing regarding Arraignment or Preliminary Examination currently

21  scheduled for April 7, 2022 at 10:00 am be continued to April 14, 2022, at 10:00 a.m.  The parties

22  request this continuance for defense counsel to continue to review discovery and to conduct their

23  investigation and for the parties to continue with ongoing plea negotiations.

24     The parties agree and jointly request that the time between April 7 and April 14 should be

25  excluded in order to provide reasonable time necessary for the continuity and effective preparation of

26  counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Federal Rule of Criminal Procedure Rule 5.1(d).

27  The parties agree that the ends of justice are served by granting the continuance and outweigh the best

28  STIPULATION AND ORDER TO DETENTION HEARING AND PRELIMINARY EXAMINATION AND EXCLUDE
    TIME                                                        1
    4:22-MJ-70061-MAG

1  interests of the public and the defendant in a speedy trial.

2  **IT IS SO STIPULATED.**                    STEPHANIE M. HINDS
                                                United States Attorney

5  Dated: April 1, 2022                        _____/s/_____
                                                EVAN M. MATEER
                                                Special Assistant United States Attorney

8  Dated: April 1, 2022                        _____/s/_____
                                                JOHN REICHMUTH
9                                               Counsel for Defendant KEITH FOWLER

## ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Detention Hearing and Status Conference regarding Arraignment and Preliminary Examination in the above-captioned matter is continued to April 14, 2022 at 10:00 am  The Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), an exclusion of time is warranted.  Based on these findings, IT IS HEREBY ORDERED THAT the Detention Hearing and Status Conference regarding Arraignment and Preliminary Examination is continued until April 14, 2022, at 10:00 a.m., and time is excluded between April 7, 2022 and April 14 2022.

**IT IS SO ORDERED.**

Dated: 4/4/2022                                 _Kandis Westmore_____
                                                HON. KANDIS A. WESTMORE
                                                United States Magistrate Judge

STIPULATION AND ORDER TO DETENTION HEARING AND PRELIMINARY EXAMINATION AND EXCLUDE TIME                                        2
4:22-MJ-70061-MAG